UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>TAMIKA IVEY,<br><br>       Defendant. | 2:05-cr-123-RLH-LRL<br>2:04-cr-246-RLH-LRL<br><br>**ORDER FOR PLACEMENT IN**<br>**THE HALF-WAY HOUSE** |

Presently before the court is the matter of *United States v. Arlanders Gibson. et al.,* in particular, defendant TAMIKA IVEY.

On June 21, 2012, this Court held a hearing for revocation of supervised release as to defendant TAMIKA IVEY. At the hearing, based on a request by the defendant, the Government and the U. S. Probation department, Ms. Ivey's supervise release was modified to include that she reside for six (6) months in the residential re-entry center/ halfway house. The revocation was held in abeyance and the following condition was added:

1.       **Reside in Residential Re entry Center** - You shall reside at and participate in the program of a residential re-entry center for a period of six months as approved and directed by the probation officer.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant TAMIKA IVEY reside in a residential re-entry center/ half-way house for six (6) months.

DATED: ___21st___ Day of June , 2012.

UNITED STATES DISTRICT JUDGE

1